Matthew L. Murdock (*Pro Hac Vice* DC #241655)
Sonosky, Chambers, Sachse,
Endreson & Perry, LLP
1425 K Street NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249
Email: mmurdock@sonosky.com

Vanessa L. Ray-Hodge (ISB # 10565)
Sonosky, Chambers, Sachse,
Mielke & Brownell, LLP
500 Marquette Ave, NW, Suite 660
Albuquerque, NM 87102
Telephone: (505) 247-0147
Facsimile: (505) 843-6912
Email: vrayhodge@abqsonosky.com

Eric R. Van Orden, Legal Counsel (ISB #4774)
Coeur d'Alene Tribe
P.O. Box 408
Plummer, Idaho 83851
Telephone: (208) 686-6116
Facsimile: (208) 686-9102
Email: ervanorden@cdatribe-nsn.gov

*Attorneys for the Coeur d'Alene Tribe*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STIMSON LUMBER COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>COEUR D'ALENE TRIBE,<br><br>         Defendant. | Case No. 2:22-cv-00089-DCN<br><br>**MOTION TO DISMISS** |

Defendant Coeur d'Alene Tribe ("Tribe") specially appears and respectfully moves this

Court to dismiss plaintiff Stimson Lumber Company's action for lack of subject matter jurisdiction

pursuant to Federal Rule of Civil Procedure 12(b)(1).  This motion is supported by the attached

memorandum of points and authorities and documents cited therein.

Respectfully submitted this 28th day of March, 2022.

  /s/ Matthew L. Murdock
Matthew L. Murdock (*Pro Hac Vice* DC #241655)
Sonosky, Chambers, Sachse,
Endreson & Perry, LLP
1425 K Street NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 682-0240
Facsimile: (202) 682-0249
Email: mmurdock@sonosky.com

Vanessa L. Ray-Hodge (ISB # 10565)
Sonosky, Chambers, Sachse,
Mielke & Brownell, LLP
500 Marquette Ave, NW, Suite 660
Albuquerque, NM 87102
Telephone: (505) 247-0147
Facsimile: (505) 843-6912
Email: vrayhodge@abqsonosky.com

Eric R. Van Orden, Legal Counsel (ISB #4774)
Coeur d'Alene Tribe
P.O. Box 408
Plummer, Idaho 83851
Telephone: (208) 686-6116
Facsimile: (208) 686-9102
Email: ervanorden@cdatribe-nsn.gov

*Attorneys for the Coeur d'Alene Tribe*